USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WAYNE STEWART,

                Plaintiff,

-against-

CITY OF NEW YORK, DET. R. HENRIQUEZ #2495, and DET. T. FISCHER, # 7760,

                Defendants.

15 Civ. 7652 (AT) (JCF)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objection to Magistrate Judge James C. Francis's October 20, 2017 report and recommendation, ECF No. 102, the Court reviewed the recommendation and found "no clear error on the face of the record." *Kilani-Hewitt v. Bukszpan*, 130 F. Supp. 3d 858, 860 (S.D.N.Y. 2015) (quoting *Feehan v. Feehan*, 2011 WL 497776, at *1 (S.D.N.Y. Feb. 10, 2011)). Accordingly, the Court accepts and adopts Judge Francis's characteristically thorough and well-reasoned report and recommendation denying Defendants' motion to enforce the settlement agreement.

    The Clerk of Court is directed to terminate Defendants' motion at ECF No. 91.

    SO ORDERED.

Dated: November 29, 2017
       New York, New York

                                        ANALISA TORRES
                              United States District Judge